[No. 2339–2. Division Two. January 13, 1978.]

ANTON J. MILLER, *Appellant,* v. MICHAEL STEVEN MATARUSO, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 238269, James P. Healy, J., entered April 8, 1976. *Reversed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie, J., and Johnson, J. Pro Tem.

[No. 3994–1. Division One. January 16, 1978.]

LOAN AND SECURITY COMPANY, *Plaintiff,* v. CHARLES L. SAVAGE, *Appellant,* DOUGLAS INSURANCE AGENCY, INC., *Respondent.*

CHARLES L. SAVAGE, *Appellant,* v. AMERICAN MOTORISTS INSURANCE COMPANY, *Respondent.*

Appeal from judgments of the Superior Court for Snohomish County, Nos. 120983, 127508, Thomas R. Stiger, J. Pro Tem., entered June 27, 1975. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by James and Callow, JJ.

[No. 4928–1. Division One. January 16, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. HARRY J. GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 2904, Walter J. Deierlein, Jr., J., entered June 7, 1976. *Affirmed* by unpublished per curiam opinion.